[Nos. 19505–1–I; 19580–8–I.   Division One.   July 5, 1988.]

JAMES P. BYRNE, ET AL, *Respondents,* v. KEN BIVIN, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 85–2–02531–8, Frank D. Howard, J., entered October 30, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Grosse and Webster, JJ.

[No. 20621–4–I.   Division One.   July 5, 1988.]

EUGENE A. STOCK, *Appellant,* v. LINDA SCHOENBACHLER SOLBERG, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–09413–0, Nancy A. Holman, J., entered May 27, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 19570–1–I.   Division One.   July 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS C. KONOPKA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–01741–7, Frank L. Sullivan, J., entered October 9, 1986. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Swanson, J., concurred in by Coleman, A.C.J., Winsor, J., dissenting.

[No. 20613–3–I.   Division One.   July 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM M. HICKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–04202–1, Mary Wicks Brucker, J., entered June 9, 1987. *Dismissed* by unpublished per curiam opinion.